IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CORLISS, | : | |
| Petitioner, | : | |
| | : | 1:15-cv-00046 |
| v. | : | |
| | : | Hon. John E. Jones III |
| DONNA ASURE, *et al.,* | : | |
| Respondents. | : | |

## ORDER

### February 3, 2015

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                            s/ John E. Jones III
                                                            John E. Jones III
                                                            United States District Judge